IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. FEDERAL 23 CV 395
(To be supplied by the court)

PEOPLE OF STATE OF COLORADO & KURT OVERTURE A PREVAILING INVERSE CONDEMNATION PLAINTIFF, Plaintiff

v.

CITY OF GREELEY,

COUNTY OF WELD,

STATE OF COLORADO,

ADULT PROTECTIVE SERVICES (WELD?), Defendant(s).

Jury Trial requested:
(please check one)
___ Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

EMINENT DOMAIN PROSECUTION   **COMPLAINT**   WITNESS PROTECTION

CRS 38-1-101 ET SEQ
CRS 24-56-110 ET SEQ
US CONST ART II SEC 3

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

FAX P 4/14

FED. CASE 23 CV 395

EMERGENCY FILING
2-10-23 12:35 PM

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

KURT OVERTURF  56 MEADOWLARK LANE, GREELEY CO 80631
(Name and complete mailing address)

970 352 0903 LANDLINE    (CELL TEXT ONLY 970 301 5051)
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ~~KIES DA~~ CITY OF GREELEY (COLORADO)
(Name and complete mailing address)

970 -     FAX 970 350 9763
(Telephone number and e-mail address if known)

Defendant 2: COUNTY OF WELD
(Name and complete mailing address)

FAX 970 352 0242
(Telephone number and e-mail address if known)

Defendant 3: STATE OF COLORADO
(Name and complete mailing address)

FAX 720-508-6030
(Telephone number and e-mail address if known)

Defendant 4: ADULT PROTECTIVE SERVICES (WELD?) UNKNOWN
(Name and complete mailing address)

911 DISPATCH
(Telephone number and e-mail address if known)

(FAX P. 5/14)

FED CASE 23CV395

FRIDAY 2-10-23 1235 PM
EMERGENCY FILING

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

COLORADO RIVER WATER RIGHTS (STOLEN) FROM MOM (JEAN C)
GAS FROM KEN'S VERTICAL WELL (STOLEN) SHIPPED INTERSTATE BY PUB. SVC. CO.

___ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of COLORADO.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

SELF GOVERNED BUT ALSO

Defendant 1 is incorporated under the laws of COLORADO LAWS (name of state or foreign nation).

CITY OF GREELEY
Defendant 1 has its principal place of business in COLORADO (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COUNTY OF WELD
STATE OF COLORADO

(FAX P. 6/14)

FEDCASE # 23CV395

**D. STATEMENT OF CLAIM(S)**

(2-10-23 12:35 PM EMERGENCY FILING)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

WITNESS DYING WITHOUT ANTIBIOTICS BY STATE ACTORS INTENTIONALLY.

CLAIM ONE: MOM KIDNAPPED, LYME DISEASE, (DAD DIED EXACT SAME,)

Supporting facts: (2 PAGE COMPLAINT, TYPED, ATTACHED ITEMS 1-7)

SUBMITTED BY, WRITTEN BY, INVERSE CONDEMNATION PLAINTIFF KURT OVERTURF THE MEDICAL POWER OF ATTORNEY FOR MOM JEAN. O.

4

*[handwritten annotations: "FAX R 7/19", "FED CASE # 23CV395", "EMERGENCY FILING 2-10-2023, 12:35PM"]*

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*   *[handwritten: SEE ITEM 7 PRAYERS OF FEDERAL COURT]*

*[handwritten: EMERGENCY ACTION REQUIRED 2-10-2023]*
*[handwritten: THIS IS A WITNESS PROTECTION REQUEST/DEMAND]*

## F. PLAINTIFF'S SIGNATURE   *[handwritten: BY KURT OVERTURF, PREVAILING PLAINTIFF IN INVERSE CONDEMNATION]*

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*   *[handwritten: MPOA FOR JEAN OVERTURF]*
(Plaintiff's signature)   *[handwritten: INVERSE CONDEMNATION PLAINTIFF CASE 2011CV105, 19 JD]*

2-10-2023 FRIDAY 12:35 PM
(Date)

(Revised February 2022)