**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00395-SBP

PEOPLE OF STATE OF COLORADO, and
KURT OVERTURF, a prevailing inverse condemnation plaintiff,

    Plaintiff,

v.

CITY OF GREELEY,
COUNTY OF WELD,
STATE OF COLORADO,
ADULT PROTECTIVE SERVICES (WELD?),

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Kurt Overturf initiated this action on February 10, 2023, by filing *pro se* a Complaint on behalf of himself and the People of the State of Colorado. (ECF No. 1.)[1]

The court issued an Order Directing Plaintiff to Cure Deficiencies. (ECF No. 4.) Specifically, the court directed Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) or, in the alternative, to pay the $402.00 filing fee. (ECF No. 3 at 1-2.) The court also directed Plaintiff to file a fully-completed, amended complaint in which he provided addresses for all of the defendants. (*Id.* at 2.) The court gave Plaintiff thirty days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice. (*Id.* at 2-3.)

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system. #

Plaintiff has not cured the identified deficiencies, and the time to do so has expired.  (*See* docket.)  Moreover, mail sent to Plaintiff has been returned as undeliverable.  (ECF Nos. 9-10.)  Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a Court order and failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit

DATED at Denver, Colorado, this   6th   day of     October    , 2023.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court