**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-00395-LTB

PEOPLE OF STATE OF COLORADO, and
KURT OVERTURF, a prevailing inverse condemnation plaintiff,

      Plaintiff,

v.

CITY OF GREELEY,
COUNTY OF WELD,
STATE OF COLORADO,
ADULT PROTECTIVE SERVICES (WELD?),

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 6, 2023, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

      DATED at Denver, Colorado, October 6, 2023.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk


               By: s/ J. Torres
                     Deputy Clerk